Ralph Demas, as Administrator of the Estate of Clarence Demas, Deceased, Respondent, *v.* John Wisnies, Appellant.

(Argued June 7, 1932; decided June 21, 1932.)

*H. Douglass Van Duser* for appellant.

*Harold Jacobs, William H. Harding* and *Saul Kauffman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Crane, Lehman, Kellogg, O'Brien, Hubbs and Crouch, JJ. Not sitting: Pound, Ch. J.